UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA
2008 AUG 19 P 3: 48

CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 04-69-C |
| HORACE BESSIE | |

ORDER

Considering that the arguments presented in the defendant's motion pursuant to 18 U.S.C. § 3582(c)(2) reference criminal history calculation, guidelines which have not been made retroactive and that the defendant's guideline calculation at the time of sentencing did not involve the calculation of cocaine base,

IT IS ORDERED that the "Motion for Reduction in Term of Imprisonment (Pursuant to Sect. 3582)" (rec. doc. 37) is DENIED.

Baton Rouge, Louisiana, August 19, 2008.

RALPH E. TYSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT