UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

CRIMINAL ACTION

-vs-

NUMBER 04-69-RET-SCR

HORACE BESSIE

**NOTICE**

    Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the U. S. District Court.

    In accordance with 28 U.S.C. §636(b)(1), you have ten days after being served with the attached report to file written objections to the proposed findings of fact, conclusions of law, and recommendations set forth therein. Failure to file written objections to the proposed findings, conclusions and recommendations within ten days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the District Court.

    ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.

    Baton Rouge, Louisiana, July 1, 2009.

*/s/ Stephen C. Riedlinger*
STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

-vs-

HORACE BESSIE

CRIMINAL ACTION

NUMBER 04-69-RET-SCR

**MAGISTRATE JUDGE'S REPORT**

Before the court is the Motion to Correct Illegal/Unconstitutional/Incorrect Sentence Under Federal Rule of Criminal Procedure 35 Due to Incorrect Criminal History Points. Record document number 39.[1]

Rule 35(a), Fed.R.Cr.P., provides: "Within 7 days after sentencing, the court may correct a sentence that resulted from arithmetical, technical, or other clear error."[2] Relief under section (b) of the rule requires a motion by the government and is premised on the defendant providing substantial assistance.

Defendant's motion has no merit. It is untimely under section (a), and no motion has been filed by the government pursuant to section (b).

---

[1] Defendant's motion also refers to 18 U.S.C. § 3553 as a basis for relief. However, no provision § 3553 gives the court authority to change the defendant's sentence at this time.

[2] Defendant asserted that under Rule 35 he can move to correct an illegal, unconstitutional or incorrect sentence "at any time." Defendant is incorrect. That provision of the rule was removed effective November 1, 1987. Pub.L. 98-473.

2

**Recommendation**

It is the recommendation of the magistrate judge that the defendant's Motion to Correct Illegal/Unconstitutional/Incorrect Sentence Under Federal Rule of Criminal Procedure 35 Due to Incorrect Criminal History Points be denied.

Baton Rouge, Louisiana, July 1, 2009.

　　　　　　　　　　　　　　　　/s/ Stephen C. Riedlinger
　　　　　　　　　　　　　　　　STEPHEN C. RIEDLINGER
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE