UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

HORACE BESSIE

CR ACTION

NO. 04-69-C

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated July 1, 2009. Defendant has filed an objection which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the defendant's Motion to Correct Illegal/Unconstitutional/Incorrect Sentence Under Federal Rule of Criminal Procedure 35 Due to Incorrect Criminal History Points is denied.

Baton Rouge, Louisiana, August //, 2009.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA